No. 796. ·FROST ET AL. *v.* UNITED STATES.   On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit.   April 13, 1936.   Dismissed on motion of *Messrs. Lewis Fisher* and *Hugh H. Obear* for petitioners.   *Solicitor General Reed* and *Mr. George W. Wilson* for the United States.